**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **INTERSCOPE RECORDS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:05CV301** |
| v. ) | |
| ) | **ORDER** |
| **JESSICA DAVIES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

The "Notice of Withdrawal" (#9) filed by Wendell F. Cowan, construed as a motion for leave to withdraw, *see* NEGenR 1.3(f), is granted. Plaintiffs will continue to be represented by Kenneth P. Kula of Shook, Hardy & Bacon, L.L.P.

**IT IS SO ORDERED.**

**DATED October 31, 2005.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett
United States Magistrate Judge**