# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **INTERSCOPE RECORDS, et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **8:05CV301** |
| ) | |
| **JESSICA DAVIES,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| ) | |

This matter is before the magistrate judge for full pretrial supervision. A Suggestion of Bankruptcy (#20) has been filed as to defendant, Jessica Davies. Under NEGenR 1.5(a), "All cases under Title 11 of the United States Code, and all proceedings arising under such Title 11, or arising in or related to a case under Title 11, are referred to the bankruptcy court of this district pursuant to 28 U.S.C. § 157."

**IT IS ORDERED:**

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED February 27, 2006.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**